UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAYQUON GLOVER,<br><br>Plaintiff<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS,<br><br>Defendant | Case No. 3:23-cv-00374-MMD-CLB<br><br>**ORDER** |

On July 27, 2023, Plaintiff, an inmate in the custody of the Nevada Department of Corrections, filed an application to proceed *in forma pauperis* along with daily transaction sheets and a letter stating that he sought his financial documents from prison officials over three months ago but has not yet received them. (ECF Nos. 1, 1-1). The application to proceed *in forma pauperis* is incomplete because Plaintiff did not submit a financial certificate and an inmate trust fund account statement for the previous six-month period. Plaintiff also has not filed a complaint.

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. Loc. R. LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

Additionally, the United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $402, which includes the $350 filing fee and the $52 administrative fee. *See id.* at § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly

signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

For the foregoing reasons, it is ordered that the application to proceed *in forma pauperis* (ECF No. 1) is denied without prejudice.

It is further ordered that on or before **Monday, October 9, 2023**, Plaintiff will either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

It is further ordered that Plaintiff will submit a complaint to this Court on or before **Monday, October 9, 2023**.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when he can file a complaint and a complete application to proceed *in forma pauperis* or pay the required filing fee.

It is further ordered that the Clerk of the Court will send Plaintiff Dayquon Glover the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same and the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

DATED this 8th day of August 2023.

_____
UNITED STATES MAGISTRATE JUDGE