UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAYQUON GLOVER,<br><br>　　　　　　　　　Plaintiff<br><br>　　v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS,<br><br>　　　　　　　　　Defendant | Case No. 3:23-cv-00374-MMD-CLB<br><br>**ORDER** |

On August 8, 2023, the Court denied Plaintiff's application to proceed *in forma pauperis* as incomplete. (ECF No. 4). The Court directed Plaintiff to file both a complaint and a fully complete application to proceed *in forma pauperis*. (*Id.*) Plaintiff has filed an application to proceed *in forma pauperis*, but he has still not filed a complaint.

As the Court previously explained, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. Loc. R. LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

For the foregoing reasons, it is ordered that Plaintiff will submit a complaint to this Court on or before **Monday, November 27, 2023**.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint.

DATED: October 26, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
UNITED STATES MAGISTRATE JUDGE