UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAYQUON GLOVER, | | Case No.  3:23-cv-00374-MMD-CLB |
| | Plaintiff | **ORDER** |
| v. | | |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | | |
| | Defendants | |

On June 5, 2024, the Court issued an order screening Plaintiff's complaint under 42 U.S.C. § 1983.  (ECF No. 8).  The Court allowed Plaintiff's due process claim in Count I to proceed against Defendants Roman, Castro, and Davis, and dismissed Plaintiff's other claims without prejudice and with leave to amend.  (*Id.* at 8-9).  The Court's order came back as undeliverable to Plaintiff's address.  (ECF No. 9).

The Court notes that under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."  Nev. Loc. R. IA 3-1.  According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is currently housed at High Desert State Prison.

Plaintiff shall file his updated address with this Court on or before **August 15, 2024**. If Plaintiff does not update the Court with his current address by **August 15, 2024**, this action will be subject to dismissal without prejudice.

The Court will extend the deadline for Plaintiff to file a first amended complaint until August 15, 2024.  Pursuant to the Court's screening order, if Plaintiff does not file a first amended complaint on or before August 15, 2024, this action will proceed on Plaintiff's

1 Fourteenth Amendment due process claim in Count I against Defendants Roman, Castro,
2 and Davis only.

3       Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file his updated address
4 with the Court on or before **August 15, 2024**.  If Plaintiff does not file his updated address
5 by that deadline, this case will be subject to dismissal without prejudice.  A dismissal
6 without prejudice allows Plaintiff to refile the case with the Court, under a new case
7 number.

8       IT IS FURTHER ORDERED that the deadline for Plaintiff to file a first amended
9 complaint is extended until **August 15, 2024**.  Pursuant to the Court's previous screening
10 order, if Plaintiff does not file a First amended complaint on or before August 15, 2024,
11 this action will proceed on Plaintiff's Fourteenth Amendment due process claim in Count
12 I against Defendants Roman, Castro, and Davis only.

13       IT IS FURTHER ORDERED that the Clerk of the Court send a courtesy copy of
14 this order, and the Court's previous screening order (ECF No. 8) to Plaintiff at High Desert
15 State Prison.

16

17       DATED THIS 15th day of July 2024.

18

19 UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

- 2 -