UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAYQUON GLOVER,<br><br>    Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>    Defendants. | Case No. 3:23-CV-00374-MMD-CLB<br><br>**ORDER RE: STATUS REPORT REGARDING SETTLEMENT**<br><br>[ECF No. 19] |

Before the Court is Interested Party Nevada Department of Corrections' ("NDOC") status report regarding settlement. (ECF No. 19.) The parties reached a settlement at the Inmate Early Mediation Conference held on December 10, 2024, and the parties were ordered to file a stipulation and proposed order of dismissal with the Court by no later than January 24, 2025. (ECF No. 17.) NDOC's status report states that as of January 24, 2025, NDOC's counsel had "not received positive confirmation that the conditions of the settlement [had] been complied with." (ECF No. 19.) Thus, NDOC requests an additional 14 days to file a stipulation and order for dismissal. (*Id.*)

NDOC's counsel's representation that he was unable to confirm with his own client whether the terms of the settlement were complied with. The Court finds to be entirely unacceptable.

Accordingly, **IT IS ORDERED** that NDOC's counsel will have until **February 3, 2025**, to either (1) file a stipulation and proposed order for dismissal or (2) file an updated status report explicitly **detailing** what terms of the settlement have been completed, which terms have not been completed with and expressly explaining the reason for the delay, and a specific explanation as to when any outstanding terms of the settlement will be completed. Failure to provide this specificity in any status report may result in sanctions.

**DATED**: January 28, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**