AARON D. FORD
  Attorney General
JEFFREY D. WHIPPLE, Bar No. 16346
  Deputy Attorney General
State of Nevada
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Tel: (702) 486-0429
E-mail: JWhipple@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAYQUON GLOVER,<br><br>    Plaintiff,<br><br>vs.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | Case No. 3:23-cv-00374-MMD-CLB<br><br>**ORDER GRANTING**<br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

    Plaintiff, Dayquon Glover, in pro se, and Interested Party, Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 10th day of December, 2024.

DATED this 10th day of December, 2024

_____
DAYQUON GLOVER
*Plaintiff*

AARON D. FORD
Attorney General

By: _____
    JEFFREY D. WHIPPLE, Bar No. 16346
    Deputy Attorney General
    *Attorneys for Defendants*

DATED this 4th day of February 2025

IT IS SO ORDERED.

_____
DISTRICT COURT JUDGE

1